# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# WESTERN DIVISION

PUTCO, INC.,

    Plaintiff,

v.

CARJAMZ COM INC.,

    Defendant.

Civil Action No. 3:20-cv-50109

District Judge Iain D. Johnston

Magistrate Judge Lisa A. Jensen

## CARJAMZ'S MOTION FOR A PROTECTIVE ORDER CONCERNING PUTCO'S UNDULY BURDENSOME, VAGUE AND IRRELEVANT 30(b)(6) TOPICS

Carjamz hereby moves this Court for a Protective Order Prohibiting Putco from taking a deposition of Carjamz on certain unduly burdensome, overly broad, vague, and irrelevant 30(b)(6) topics. For the reasons explained in the accompanying Memorandum in Support of this Motion, Carjamz hereby moves this Court to issue such an Order of Protection.

Date: January 18, 2021

By   /s/ Konrad Sherinian_____
    An Attorney for Defendant

Attorneys for Defendant:

Konrad Sherinian
Depeng Bi
The Law Offices of Konrad Sherinian, LLC
1755 Park Street
Suite #200
Naperville, IL 60563
Phone: (630) 318-2606
Fax: (630) 364-5825

Email: ksherinian@sherinianlaw.net
Email: ebi@sherinianlaw.net
Email: courts@sherinianlaw.net

## CERTIFICATE OF SERVICE

I, Konrad Sherinian, an attorney, hereby certify that on January 18, 2021, I served the listed documents in Case No. 3:20-cv-50109 (N.D. Ill.), otherwise known as *Putco v. CarJamz* via the Court's CM/ECF system shortly after the filing of the listed documents to the Counsel of Record for Plaintiff Putco.

## SERVED DOCUMENTS

- This Certificate of Service
- Carjamz's Motion for a Protective Order Concerning Putco's Unduly Burdensome, Vague and Irrelevant 30(b)(6) Topics
- Memorandum in Support of Carjamz's Motion for a Protective Order Concerning Putco's Unduly Burdensome, Vague and Irrelevant 30(b)(6) Topics and Exhibits Thereto
- Declaration of Steve Jergensen

/s/ Konrad Sherinian  
Konrad Sherinian

Konrad Sherinian  
THE LAW OFFICES OF KONRAD SHERINIAN, LLC  
1755 Park Street  
Suite # 200  
Naperville, Illinois 60563  
P: (630) 318-2606  
F: (630) 364-5825  
Email: ksherinian@sherinianlaw.net